```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      CENTRAL DISTRICT OF CALIFORNIA
10   EUGENE HAMILTON,              )    NO. CV 08-5426-PA(CT)
                                   )
11             Petitioner,         )    JUDGMENT
                                   )
12        v.                       )
                                   )
13   G. J. GIURBINO, Warden,       )
                                   )
14             Respondent.         )
                                   )
15
16
17        Pursuant to the concurrently filed Memorandum and Order, IT IS
     HEREBY ADJUDGED THAT the petition is denied and dismissed.
18
19   DATED:  9/2/08                    _____
20                                          PERCY ANDERSON
                                       UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28
```